W. MICHAEL HORVATH, ESQ.
Nevada Bar No. 14545
815 South Casino Center Blvd.
Las Vegas, Nevada 89101-6718
702-474-4222
Attorney for Defendant Upham
emagana@draskovich.com
mhorvath.law@gmail.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>vs.<br><br><br>DEVON T. UPHAM,<br>    Defendant. | Case No.: 2:20-CR-00048-KJD-NJK<br><br>**STIPULATION TO CONTINUE INITIAL APPEARANCE**<br>  (Second Request) |

  Defendant, Devon T. Upham, by and through his attorney of record, W. Michael Horvath, Esq., and Plaintiff United States of America, by and through NICHOLAS A. TRUTANICH, United States Attorney, and Rachel Kent, Special Assistant United States Attorney, stipulate and request that the Court continue his initial appearance, currently scheduled for May 11, 2020, for forty-five (45) days or to a date convenient for the Court. Due to COVID-19 and the safety measures that have been enacted, Counsel and his client would request to continue the matter.

/ / /

/ / /

/ / /

1

WHEREFORE, the parties stipulate and request that the Court continue defendant Upham's initial appearance, currently scheduled for May 11, 2020, for forty-five (45) days or to a date convenient for the Court.

RESPECTFULLY SUBMITTED this 4th day of May, 2020.

/s/ Rachel Kent
RACHEL KENT
Special Assistant United States Attorney


By: /s/ W. Michael Horvath, Esq.
W. MICHAEL HORVATH, Esq.
Counsel for defendant Upham

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>vs.<br><br><br>DEVON T. UPHAM,<br>        Defendant. | Case No.: 2:20-CR-00048-KJD-NJK<br><br>**ORDER TO CONTINUE<br>INITIAL APPEARANCE** |

This matter comes before the Court on the parties Stipulation to Continue Sentencing. Based on the stipulation of the parties, and good cause appearing therefore, the Court hereby finds that:

1. Due to COVID-19 and the safety measures that have been enacted, Counsel and his client would request to continue the matter. Defendant Upham is out of custody and does not object to the request for continuance of his initial appearance currently scheduled for May 11, 2020, for forty-five (45) days or to a date convenient for the Court.

2. The Court hereby concludes that the ends of justice are best served by granting this continuance of defendant Upham's initial appearance.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**ORDER**

**IT THEREFORE ORDERED** that the initial appearance, currently scheduled for May 11, 2020 is vacated and reset to June 11, 2020, at 2:30 p.m., in Courtroom 3C.

**IT IS SO ORDERED** .

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

DATED: May 4, 2020.